# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ZIMMER, INC., ZIMMER US, INC., And ORTHOSOFT ULC D/B/A ZIMMER CAS,<br><br>     Plaintiffs,<br><br>     v.<br><br>EXACTECH, INC.,<br><br>     Defendant. | Case No. 8:21-cv-00995-MSS-TGW |

## NOTICE OF RESOLUTION AND
## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 3.09, Plaintiffs Zimmer, Inc., Zimmer US, and ORTHOsoft ULC d/b/a Zimmer CAS (collectively, "Zimmer") and Defendant Exactech, Inc. ("Exactech" and, together with Zimmer, the "Parties") by and through their undersigned counsel, respectfully and jointly submit this Notice of Resolution and Joint Stipulation for Dismissal of all claims in this case, with prejudice. Each Party shall bear its own expenses in connection with this action, including without limitation all attorneys' fees and court costs.

Respectfully Submitted on January 19, 2023

| | |
|---|---|
| *s/ Zachary S. Foster*<br>Zachary S. Foster<br>Florida Bar No. 111980<br>Quarles & Brady LLP<br>Zachary.foster@quarles.com<br>101 E. Kennedy Blvd., Suite 3400<br>Tampa, FL 33602 | *s/ Dennis P. Waggoner*<br>Dennis P. Waggoner<br>Florida Bar No. 509426<br>Hill, Ward & Henderson, P.A.<br>Post Office Box 2231<br>Tampa, FL 33601<br>dennis.waggoner@hwhlaw.com |

Tel: (813) 387-0300

Johanna Wilbert
(admitted *pro hac vice*)
Johanna.wilbert@quarles.com
Michael Piery
(admitted *pro hac vice*)
Michael.piery@quarles.com
Quarles & Brady LLP
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Tel: (414) 277-5000

Kendall Griffin
(admitted *pro hac vice*)
Kendall.griffin@quarles.com
Quarles & Brady LLP
135 North Pennsylvania Street,
Suite 2400
Indianapolis, IN 46204
Tel: (317) 957-5000

*Counsel for Plaintiffs*

julie.mcdaniel@hwhlaw.com
Tel: (813) 221-3900

Andrew N. Thomases
(admitted *pro hac vice*)
Andrew.thomases@ropesgray.com
James F. Mack
(admitted *pro hac vice*)
James.mack@ropesgray.com
David A. Serati
(admitted *pro hac vice*)
David.serati@ropesgray.com
Ropes & Gray LLP
1900 University Avenue
6th Floor
East Palo Alto, CA 94303
Tel: (650) 617-4000


Josef B. Schenker
(admitted *pro hac vice*)
josef.schenker@ropesgray.com
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9637

*Attorneys for Defendant Exactech, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

Dennis P. Waggoner
Hill, Ward & Henderson, P.A.
Post Office Box 2231
Tampa, FL 33601
dennis.waggoner@hwhlaw.com
julie.mcdaniel@hwhlaw.com

Andrew N. Thomases
Andrew.thomases@ropesgray.com
James F. Mack
James.mack@ropesgray.com
David A. Serati
David.serati@ropesgray.com
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303

Josef B. Schenker
josef.schenker@ropesgray.com
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

*Attorneys for Defendant Exactech, Inc.*

                                                        */s/ Zachary S. Foster*
                                                        Zachary S. Foster